UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
    TRINA ADAMS,

                            Plaintiff,                        22-CV-9739 (JMF)

                     -v-                                               ORDER

NEW YORK STATE UNIFIED COURT SYSTEM and
THE OFFICE OF COURT ADMINISTRATION,

                          Defendants.
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In light of Defendants' pending motion to dismiss, the initial pretrial conference scheduled for March 2, 2023, is ADJOURNED *sine die*. The Court will set a new initial pretrial conference date as necessary.

       SO ORDERED.

Dated: February 17, 2023
       New York, New York

                                                         JESSE M. FURMAN
                                                  United States District Judge