```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
  TRINA ADAMS,

                              Plaintiff,         ORDER SCHEDULING TELEPHONE
                                                 CONFERENCE
             -against-
                                                 22-CV-9739 (JMF)

  NEW YORK STATE UNIFIED COURT
  SYSTEM et al.,


                              Defendant.
------------------------------------------------------------X
```

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

This case has been referred to me for settlement purposes (docket no. 43). A telephone conference will be held on **Tuesday, September 19, 2023 at 2:30 p.m.** in advance of a settlement conference. The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call. Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267**.

SO ORDERED.

Dated: September 11, 2023
       New York, New York

_Katharine H. Parker_
_____
KATHARINE H. PARKER
United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/11/2023