```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
   TRINA ADAMS,

                              Plaintiff,                ORDER

         -against-                                      22-CV-9739 (JMF)


   NEW YORK STATE UNIFIED COURT
   SYSTEM et al.,


                              Defendant.
-----------------------------------------------------------------X
```

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

By **January 15, 2024** the parties shall file a letter with the court advising whether a Settlement Conference would be productive.

SO ORDERED.

Dated: September 19, 2023
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge