UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

TRINA ADAMS,

                        Plaintiff,

         -against-

NEW YORK STATE UNIFIED COURT
SYSTEM, et al.,

                      Defendants.
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/21/2025

**ORDER ADJOURNING**
**SETTLEMENT CONFERENCE**

**22-CV-9739 (JMF)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On January 17, 2025, Defendants filed a Letter Motion requesting, with Plaintiff's consent, an adjournment of the settlement conference scheduled for January 23, 2025 at 2:00 p.m. "in order to receive authorization and engage in settlement discussions directly with Plaintiff." (ECF No. 76) Defendants' Letter Motion is hereby GRANTED. The settlement conference is adjourned and rescheduled to **Wednesday, February 19, 2025 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than **February 12, 2025 by 5:00 p.m.**

        **SO ORDERED.**

Dated: January 21, 2025
      New York, New York

                                                                                 _____
                                                                                  KATHARINE H. PARKER
                                                                                  United States Magistrate Judge